# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG ALAN TOAZ, | : | CIVIL ACTION NO. 3:17-cv-1425 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| WARDEN KATHY P. LANE, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, to wit, this 22nd day of March 2018, upon consideration of Plaintiff's motion (Doc. 2) for a preliminary injunction, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that the motion (Doc. 2) is DENIED.

BY THE COURT:

s/James M .Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**