# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG ALAN TOAZ, | |
| Plaintiff, | CIVIL ACTION NO. 3:17-cv-01425 |
| v. | (MUNLEY, J.) |
| | (SAPORITO, M.J.) |
| KATHY P. LANE, Warden, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 19th day of March, 2019, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the plaintiff's motion for a free transcript (Doc. 60) is **DENIED without prejudice** to any future motion for relief under 28 U.S.C. § 753(f) or 28 U.S.C. § 1915(c).

Dated: March 19, 2019

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge